UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Consumer Financial Protection Bureau

Plaintiff,

vs.

Craig Manseth, Jacob Adamo, Darren Turco, United Debt Holding, LLC, JTM Capital Management, LLC, UHG, LLC, UHG I, LLC (also known as United Holding Group) and UHG II, LLC (collectively holding themselves out as United Holding Group, United Holding Group, LLC and United Holdings Group, LLC)

Defendants.

Case No.: 1:22-cv-29

**ORAL ARGUMENT REQUESTED**

---

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE**, that Defendants UHG LLC, UHG I LLC, UHG II LLC (collectively "UHG"), Manseth, Adamo, and Turco through their undersigned counsel, respectfully move this Court to dismiss the First Amended Complaint under Fed. R. Civ. P. 8(a), 9(b), 12(b)(1), 12(b)(6), 12(f), and the statute of limitations. The Support for this Motion is set forth in UHG and the individual defendants' accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Rule 7(a)(1), UHG intends to file a reply brief in support of its motion.

Dated: March 21, 2022

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: S.J. Auchterlonie

Sarah J. Auchterlonie
sja@bhfs.com
410 Seventeenth Street
Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Facsimile: 303.223.1111

**LIPPES MATHIAS LLP**

Brendan H. Little, Esq.
Richard M. Scherer, Jr., Esq.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: 716-853-5100
Facsimile: 716-853-5199
Email: blittle@lippes.com
Email: rscherer@lippes.com

*Attorneys for Defendants UHG LLC, UHG I LLC, UHG II LLC, Craig Manseth, Darren Turco and Jacob Adamo*