UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Consumer Financial Protection Bureau

Plaintiff,

vs.

Craig Manseth, Jacob Adamo, Darren Turco,
United Debt Holding, LLC, JTM
Capital Management, LLC, UHG, LLC, UHG I, LLC
(also known as United Holding Group) and
UHG II, LLC (collectively holding themselves
out as United Holding Group, United Holding Group,
LLC
and United Holdings Group, LLC)

Defendants.

Case No.: 1:22-cv-29

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that Defendants United Debt Holding, LLC and JTM Capital Management, LLC through their undersigned counsel, respectfully move this Court to dismiss the First Amended Complaint under Fed. R. Civ. P. 8(a), 9(b), 12(b)(1), 12(b)(6), and the statute of limitations. The Support for this Motion is set forth in UDH and JTM's accompanying Joint Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Rule 7(a)(1), UDH and JTM intend to file a reply brief in support of its motion.

Dated: March 21, 2022

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: S.J. Auchterlonie

Sarah J. Auchterlonie, Esq. (pro hac vice)
sja@bhfs.com
410 Seventeenth Street
Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Facsimile: 303.223.1111

**LIPPES MATHIAS LLP**

Brendan H. Little, Esq.
Richard M. Scherer, Jr., Esq.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: 716-853-5100
Facsimile: 716-853-5199
Email: blittle@lippes.com
Email: rscherer@lippes.com

*Attorneys for Defendants United Debt Holding, LLC and JTM Capital Management, LLC*