UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Consumer Financial Protection Bureau,

                              Plaintiff(s),                ***MEDIATION CERTIFICATION***

                                                             1:22 - cv - 00029

                              v.

Craig Manseth, et al.,

                              Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ____1/29/25____.

   ☐ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☐ *Case has not settled.* Mediation will continue on _____.

   ☑ *Case has not settled.*

*Date:* 02/06/2025                *Mediator:* /S/ Kevin J. English

***Additional Comments:***
_____
_____
_____